IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIALECT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-378 (GBW) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Google LLC moves to dismiss Plaintiff Dialect, LLC's indirect and willful infringement claims set forth in the Amended Complaint (D.I. 14). The grounds for this Motion are set forth in Defendant's Opening Brief filed herewith. A Proposed Order is attached.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant Google LLC*

OF COUNSEL:

Zachary M. Briers
Gregory P. Stone
Peter E. Gratzinger
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
(213) 683-9100

Peter A. Detre
Juliana M. Yee
Evan Mann
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
(415) 512-4000

Xiaonan April Hu
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500 E
Washington, D.C.  20001
(202) 220-1100

July 7, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIALECT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-378 (GBW) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING
<u>DEFENDANT GOOGLE LLC'S MOTION TO DISMISS</u>**

The Court having considered Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and the papers submitted in connection therewith,

HEREBY ORDERS, this _____ day of _____, 2023 that the Motion is GRANTED. The indirect and willful infringement claims set forth in the Amended Complaint (D.I. 14) are DISMISSED.

_____
The Honorable Gregory B. Williams
United States District Court Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on July 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Garland Stephens, Esquire<br>Robert Magee, Esquire<br>Richard Koehl, Esquire<br>Jeff Risher, Esquire<br>BLUE PEAK LAW GROUP LLP<br>3139 W. Holcombe Blvd., PMB 8160<br>Houston, TX  77025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

              */s/ Jack B. Blumenfeld*

              Jack B. Blumenfeld (#1014)